**Affirmed and Plurality Opinion and Two Concurring Opinions filed January 30, 2020.**



In The

# Fourteenth Court of Appeals

## NO. 14-18-00568-CR

## EX PARTE DAVID WILLIAMS, Appellant

**On Appeal from the 412th District Court**
**Brazoria County, Texas**
**Trial Court Cause No. 89988-WR**

## CONCURRING OPINION

I concur with my colleagues on the disposition of this case, but for different reasons.

In this unfortunate set of circumstances, Appellant has been diagnosed with heart failure and non-ischemic cardiomyopathy. Appellant was receiving care for his heart condition at UTMB while in custody.

Appellant's condition worsened, although his cardiologist, Dr. Khalife, could not determine if the worsening of his condition was caused by noncompliance by Appellant or the progression of his heart disease. Appellant was

dropped from further consideration by UTMB for a transplant due to his refusal to accept any transplant other than a "bloodless" transplant. In order to be considered for the transplant, Appellant was required to sign a consent form for a blood transfusion, if such a procedure became necessary, which he refused to do because of his religious beliefs.

Although Appellant testified to three possible medical institutions that perform "bloodless" transplants, in response to the court's inquiry regarding whether those three institutions required a consent for blood if necessary, Appellant testified that such information was "outside the scope of my knowledge." There is no evidence in the record that the three institutions would consider a bloodless transplant without a consent for blood if necessary.

Based on Appellant's testimony, he cannot meet the requirements of article 11.25 of the Texas Code of Criminal Procedure, because removal to another place will not change the conditions of his health, and further there is no proof that his confinement, rather than his heart condition, is endangering his life.

/s/     Margaret "Meg" Poissant
Justice

Panel consists of Chief Justice Frost and Justices Bourliot and Poissant. (Bourliot, J., plurality) (Frost, C.J., concurring).

Publish—Tex. R. App. P. 47.2(b).

2